## EQUITABLE SURETY COMPANY *v*. STATE OF INDIANA, EX REL. BOARD OF FINANCE OF THE TOWN OF CICERO.

[No. 23,294.  Filed November 26, 1918.]

From Hamilton Circuit Court; *Meade Vestal,* Judge.

Action by the State of Indiana, on relation of the board of finance of the town of Cicero, against the Equitable Surety Company.  From a judgment for the relator, the defendant appeals.

Pittsburgh, etc., R. Co. *v.* McIntosh—187 Ind. 728.

(Transferred from the Appellate Court under §1405 Burns 1914, Acts 1901 p. 590.)    *Affirmed.*

*Major A. Downing,* for appellant.
*Phil J. Pharis* and *Joseph A. Roberts,* for appellee.

TOWNSEND, J.—Relator obtained judgment against appellant as surety on the bond of the relator's depository of public funds. The questions raised by appellant are the same as those decided in *Equitable Surety Co.* v. *Board, etc.* (1917), 186 Ind. 650, 117 N. E. 860.

The judgment is therefore affirmed.